**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**BRET D. LANDRITH,**

      **Plaintiff,**

**v.**

**JOHN C. GARIGLIETTI, et al.**

      **Defendants.**

**CIVIL ACTION**

**No: 11-2465-KHV-GLR**

**NOTICE OF DEFICIENCY AND ORDER**

Before the Court is a Motion to Proceed Without Prepayment of Fees (ECF No. 3), filed by Plaintiff on August 17, 2011. To support the motion, Plaintiff has submitted an incomplete Affidavit of Financial Status. In particular, the affidavit lacks Plaintiff's prior employment (Section II(B)) and complete answers to Sections III(D) and IV(B) and (C). Within twenty-one days of the date of this Order, Plaintiff shall correct these deficiencies by filing an Amended Affidavit of Financial Status. Failure to comply with this Order may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated in Kansas City, Kansas on this 16th day of September, 2011.

                                                              S/ Gerald L. Rushfelt
                                                              Gerald L. Rushfelt
                                                              United States Magistrate Judge